IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIHAD MOHAMMED-BEY, | No. C 14-4217 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| K. POOL, et al., | |
| Defendants. | |

On September 18, 2014, plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 13, 2015, the court granted defendants' motion to dismiss, and dismissed plaintiff's complaint with leave to amend. The court directed plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that the failure to file an amended complaint within thirty days would result in the dismissal of this action with prejudice. To date, plaintiff has not filed an amended complaint or otherwise communicated with the court. Thus, this action is DISMISSED with prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 12/23/2015

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Mohammed-Bey217dis.wpd